## VERMONT *v.* COX

No. 86–1108.   Argued November 3, 1987—Decided December 14, 1987

*Susan R. Harritt,* Assistant Attorney General of Vermont, argued the cause for petitioner.   With her on the briefs were *Jeffrey L. Amestoy,* Attorney General, and *Joanna A. Mauer,* Assistant Attorney General.

*Paul J. Larkin, Jr.,* argued the cause for the United States as *amicus curiae* in support of petitioner.   On the brief were *Solicitor General Fried, Assistant Attorney General Weld, Deputy Solicitor General Bryson, Harriet S. Shapiro,* and *Kathleen A. Felton.*

*Henry Hinton,* by invitation of the Court, 481 U. S. 1012, argued the cause as *amicus curiae* in support of the judgment below.   With him on the brief was *William A. Nelson.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.